**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ANTONIO ZAYAS, ET. AL.,**<br>Plaintiffs**,**<br>vs.<br>**STATE FARM INSURANCE, ET. AL.,**<br>Defendants**.** | CASE NO. 19-cv-03954-YGR<br><br>**ORDER RE: PLAINTIFFS' FAILURE TO FILE OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS**<br><br>Re: Dkt. Nos. 23, 29 |

On October 30, 2019, defendant State Farm Insurance filed a motion to dismiss plaintiffs' complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). (Dkt. No. 23.) On November 12, 2019, defendant National General Insurance Company filed a motion to dismiss plaintiffs' complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). (Dkt. No. 29.) A hearing is set on National General Insurance Company's motion to dismiss for January 7, 2020. (Dkt. No. 38.)

Under this Court's Civil Local Rule 7-3, plaintiffs were required to file either an opposition to the motions to dismiss, or a notice that plaintiff does not oppose the motions. Civ. L.R. 7-3(a), (b). Plaintiffs' response to the motion filed by State Farm Insurance was due on November 13, 2019. (Dkt. No. 23.) Plaintiffs' response to the motion filed by National General Insurance Company was due on November 26, 2019. (Dkt. No. 29.) As of the date of this Order, plaintiffs have filed neither an opposition nor a notice of non-opposition. As a result, the Court is considering dismissing plaintiffs' lawsuit for failure to prosecute.

The Court hereby extends plaintiffs' time to file their responses. **Plaintiffs shall file oppositions to defendants' motions to dismiss (or a statement of non-opposition) by no later than <u>Monday, January 6, 2020</u>. Failure to file a response by that date will result in**

**dismissal of this lawsuit for failure to prosecute**. Any reply to plaintiffs' responses must be filed not more than 7 days thereafter.

The Court further **VACATES** the hearing currently set for January 7, 2020. After briefing is complete, the Court may reset a hearing date for both motions if necessary.

The Court advises plaintiffs that a Handbook for Pro Se Litigants, which contains helpful information about proceeding without an attorney, is available in the Clerk's office or through the Court's website, http://cand.uscourts.gov/pro-se.

Assistance is available through the Legal Help Center. Parties can make an appointment to speak with an attorney who can provide basic legal information and assistance. The Help Center does not see people on a "drop-in" basis, and will not be able to represent parties in their cases. There is no charge for this service. To make an appointment with the Legal Help Center, you may: (1) sign up in person on the appointment book outside the Legal Help Center offices at the San Francisco Courthouse, located at 450 Golden Gate Avenue, 15th Floor, Room 2796, San Francisco, California or the Oakland Courthouse, located at 1301 Clay Street, 4th Floor, Room 470S, Oakland, California; (2) call 415-782-8982; or (3) email federalprobonoproject@sfbar.org. The Help Center's website is available at https://cand.uscourts.gov/legal-help.

**IT IS SO ORDERED.**

Dated: December 3, 2019

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**