# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**ANTONIO ZAYAS, ET. AL.**,

    Plaintiffs,

vs.

**STATE FARM INSURANCE, ET. AL.**,

    Defendants.

Case No.: 19-cv-03954-YGR

**ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE**

By Order issued December 3, 2019, plaintiffs Antonio Zayas and Svetlana Narbaeva were directed to file, no later than Monday January 6, 2020, a response to defendants' pending motions to dismiss. (Dkt. No. 41; *see also* Dkt. Nos. 23, 29 (pending motions to dismiss).) The December 3, 2019 Order specifically warned plaintiffs that a "[f]ailure to file a response by that date will result in dismissal of this lawsuit for failure to prosecute." (Dkt. No. 41 at 1-2.) As of January 21, 2020, plaintiffs have not filed a response to defendants' motions, nor have plaintiffs filed any other documents since October 3, 2019.

Therefore, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, this action is **DISMISSED WITHOUT PREJUDICE**. All pending motions are **DENIED AS MOOT**.

The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED**.

Dated: January 21, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**