# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTONIO ZAYAS, ET. AL.**, | Case No.: 19-cv-03954-YGR |
| Plaintiffs, | **ORDER** |
| vs. | |
| **STATE FARM INSURANCE, ET. AL.**, | |
| Defendants. | |

The Court has received *pro se* plaintiffs Antonio Zayas and Svetlana Narbaeva's recently filed documents. (Dkt. Nos. 45, 46, 47, 48, 49.) Zayas and Narbaeva are reminded that this action was dismissed without prejudice for their failure to prosecute this case and to respond to the Court's prior orders directing a response to the then pending motions to dismiss filed by defendants State Farm Insurance and National General Insurance. (*See, e.g.*, Dkt. Nos. 41, 44.) No further requests for review shall be entertained, or proceedings scheduled, in this Court for this matter.[1] To the extent that Zayas and Narbaeva want to pursue this action, they must file a new case.

**IT IS SO ORDERED**.

Dated: February 7, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**

---

[1] This specifically includes the originally set case management conference for February 24, 2020. As this case has been dismissed without prejudice, that conference has since been vacated – in other words, the Court will no longer be having a conference in this matter on that date.